IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
-Alexandria Division-

| | | |
|---|---|---|
| AWP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-332 (TSE/MSN) |
| | ) | |
| SJK SERVICES, LLC | ) | |
| DAVID SAMUEL RICE | ) | |
| KEITH FRANCIS DOWLING | ) | |
| SHAWN WATKINS | ) | |
| | ) | |
| Defendants, | ) | |

MOTION TO DISMISS

COME NOW Defendants SJK Services, LLC ("SJK") and Keith Francis Dowling ("Dowling"), by counsel, and move to dismiss Counts III, Count IV, Count V and Count VI of the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for the reason stated in the Brief In Support of Motion to Dismiss Filed by SJK Services, LLC and Keith Francis Dowling.

Respectfully submitted,

/s/ James M. Stewart, Jr.

James M. Stewart, Jr., Esquire
Virginia State Bar No. 14444
*Counsel for SJK Services LLC and*
  *Keith Frances Dowling*
4041 University Drive, Suite 301
Fairfax, Virginia 22030
Telephone:    (540) 539-4993
Fascimile:    (540) 678-5595
jmstewart2@comcast.net

CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of May, 2016, I filed the foregoing MOTION TO DISMISS with the Court's electronic filing system, which will effect notice on counsel of record:

| | |
|---|---|
| Bernard Joseph DiMuro, Esquire | Robert P. Ducatman, Esquire |
| DiMuroGinsberg P.C. | Jeffrey Saks, Esquire |
| 1101 King Street, Suite 610 | Candice Reder, Esquire |
| Alexandria, Virginia 22314-2956 | Jones Day |
| Telephone:  (703) 684-4333 | North Point |
| Facsimile:  (703) 548-3181 | 901 Lakeside Avenue |
| | Cleveland, Ohio 44114 |
| | Telephone:  (216) 586-3939 |
| | Facsimile:  (216) 579-0212 |

      I further certify that on the 25th day of May, 2016, I mailed, with postage prepaid, the foregoing BRIEF IN SUPPORT OF MOTION TO DISMISS FILED BY DEFENDANTS SJK SERVICES, LLC AND KEITH FRANCIS DOWLING to the person(s) listed below:

Shawn Watkins
65 Donaldsburg Lane
Fairfield, Virginia 24435
Telephone:  (540) 810-2670
swatkins@agstacker.com

                                             /s/ James M. Stewart, Jr.
                                             James M. Stewart, Jr.