**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| AWP, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SJK SERVICES LLC, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:16-CV-332 (TSE/MSN) |

**MOTION TO DISMISS**
**BY DEFENDANT DAVID S. RICE**

Defendant David S. Rice, by counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order dismissing Counts I, IV, V, and VI as those counts are pleaded against Mr. Rice. As grounds for this relief, Mr. Rice refers to his Brief in Support of this Motion, filed contemporaneously herewith.

Dated: May 25, 2016    By: /s/ *Michael J. Lorenger*
                    Michael J. Lorenger (Va. Bar #38910)
                    Lorenger & Carnell PLC
                    651 South Washington Street
                    Alexandria, Virginia 22314
                    (703) 684-1808 – Phone
                    (703) 684-1805 – Fax
                    mlorenger@lorengercarnell.com

                    Counsel for Defendant David Samuel Rice

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2016, I filed the foregoing MOTION TO DISMISS BY DEFENDANT DAVID S. RICE with the Court's electronic filing system, which will effect notice on counsel of record:

Bernard Joseph DiMuro
DiMuroGinsberg PC
1101 King Street
Suite 610
Alexandria, VA 22314-2956
Phone: (703) 684-4333
Fax: (703) 548-3181

Robert P. Ducatman
Jeffrey Saks
Candice Reder
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Phone: (216) 586-3939
Fax: (216) 579-0212

/s/ *Michael J. Lorenger*
Michael J. Lorenger