## ** CIVIL MOTION MINUTES **

Date: 06/17/2016     Before the Honorable: T.S. ELLIS, III

Time: 12:26PM-12:55PM (00:29)     Civil Case No.: 1:16-CV-00332-TSE-MSN
01:54PM-02:24PM (00:30)
(00:59)

Official Court Reporter: Michael A. Rodriquez

Courtroom Deputy: Margaret Pham

**AWP, INC.**

v.

**SJK SERVICES LLC et al**

Appearances of Counsel for:

( X ) Plaintiff: Sara M Sakagami, Jeffrey Saks
( X ) Defendant: James M. Stewart, Michael J. Lorenger
(   ) Other: Shawn Watkins Pro Se

**Re:**   Defendant's Motion [18] to Dismiss for Failure to State a Claim
Defendant's Motion [20] to Dismiss for Failure to State a Claim

**Argued and:**

(   ) Granted          ( **X** ) Denied          (   ) Granted in part/Denied in part

(   ) Taken Under Advisement          (   ) Continued to

(   ) Report and Recommendation to Follow

- The Court denies motion for summary judgment / motion to dismiss

( **X** ) Order to Follow