IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AWP, INC., )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>SJK SERVICES LLC, *et al.*, )<br>    Defendants. ) | Case No. 1:16-cv-332 |

## ORDER

The matter came before the Court on defendants Keith Dowling and SJK Services LLC's and David S. Rice's motions to dismiss for failure to state a claim pursuant to Rule 12(b)(6), Fed. R. Civ. P. (Docs. 18, 20). The motions were fully briefed and argued.

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that defendants' motions to dismiss (Docs. 18, 20) are **DENIED** without prejudice to defendants' renewing their arguments as to the invalidity of the contractual covenants in issue once a factual record has been established.

The Clerk is directed to send a copy of this Order to all counsel of record and to the *pro se* defendant.

Alexandria, Virginia
June 17, 2016

/s/
_____
T. S. Ellis, III
United States District Judge

1